Cyrus Safa
Attorney at Law: 282971
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel: (562)437-7006
Fax: (562)432-2935
E-Mail: rohlfing.office@rohlfinglaw.com
Attorneys for Plaintiff
NICK ANGELO SPALLIERO

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICK ANGELO SPALLIERO, <br><br> Plaintiff, <br> v. <br> NANCY A. BERRYHILL, Acting Commissioner of Social Security. <br><br> Defendant. | Case No.: 1:16-cv-01387-BAM <br><br> STIPULATION AND ORDER TO EXTEND TIME TO FILE PLAINTIFF'S OPENING BRIEF <br><br> (FIRST REQUEST) |

    Plaintiff Nick Angelo Spalliero and Defendant Carolyn W. Colvin, Acting Commissioner of Social Security, through their undersigned attorneys, stipulate, subject to this court's approval, to extend the time by 14 days from May 10, 2017 to May 24, 2017 for Plaintiff to file a Plaintiff's Opening Brief, with all other dates in the Court's Order Concerning Review Of Social Security Cases extended accordingly. This is Plaintiff's first request for an extension. This request is made at

///

-1-

the request of Plaintiff's counsel to allow additional time to fully research the issues presented.

DATE: May 10, 2017      Respectfully submitted,

                 LAWRENCE D. ROHLFING

                     /s/ *Cyrus Safa*

           BY: _____
               Cyrus Safa
               Attorney for plaintiff Mr. Nick Angelo Spalliero

DATE: May 10, 2017

                 PHILLIP A. TALBET
                 *United States Attorney*
                  /s/ *Tina Naicker*

           BY: _____
               Tina Naicker
               Special Assistant United States Attorney
               Attorneys for defendant Nancy A. Berryhill
               |*authorized by e-mail|

## **ORDER**

Based upon the stipulation of the parties, and for cause shown, IT IS HEREBY ORDERED that Plaintiff shall have an extension of time, to and including May 24, 2017, in which to file Plaintiff's Opening Brief; and that all other deadlines set forth in the Case Management Order shall be extended accordingly.

IT IS SO ORDERED.

Dated: **May 12, 2017**             /s/ *Barbara A. McAuliffe*
                                              UNITED STATES MAGISTRATE JUDGE