1  PHILLIP A. TALBERT
United States Attorney
2  DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
3  Social Security Administration
TINA L. NAICKER, CSBN 252766
4  Special Assistant United States Attorney
160 Spear Street, Suite 800
5  San Francisco, California 94105
Telephone: (415) 268-5611
6  Facsimile: (415) 744-0134
E-Mail: Tina.Naicker@SSA.gov
7

8  Attorneys for Defendant

9  **UNITED STATES DISTRICT COURT**

10  **EASTERN DISTRICT OF CALIFORNIA**

11  **FRESNO DIVISION**

12

13  NICK ANGELO SPALLIERO,

14              Plaintiff,

15       vs.

16  NANCY A. BERRYHILL,
Acting Commissioner of Social Security,

17

18              Defendant.

) Case No.: 1:16-CV-01387-BAM
)
) **JOINT STIPULATION AND ORDER FOR**
) **EXTENSION OF TIME FOR**
) **DEFENDANT TO RESPOND TO**
) **PLAINTIFF'S MOTION FOR SUMMARY**
) **JUDGMENT**
)
)
)
)
)

19

20       IT IS HEREBY STIPULATED, by the parties, through their respective counsel of record,

21  that the time for responding to Plaintiff's Motion for Summary Judgment be extended for

22  approximately two weeks from July 24, 2017 to **August 7, 2017**.   This is Defendant's second

23  request for extension.  Good cause exists to grant Defendant's request for extension.  Additional

24  time is required as counsel for Defendant (Counsel) was unexpectedly out of the office last week

25  due to food poisoning.  Due to current workload demands and shortened staff, Counsel currently

26  has over 50+ active pending matters, with two or more dispositive motions due per week until

27  mid-August.  Due to the unexpected medical leave, Counsel became behind on her caseload.

28  Defendant respectfully requests additional time in order to adequately assess and respond to

1  Plaintiff's Motion.  Defendant makes this request in good faith with no intention to unduly delay

2  the proceedings.  The parties further stipulate that the Court's Scheduling Order shall be

3  modified accordingly.

4                                                      Respectfully submitted,

5

6  Dated:  July 18, 2017                    */s/ *Cyrus Safa*_____
                                           (*as authorized by email on July 18, 2017)
7                                           CYRUS SAFA
                                           Attorney for Plaintiff
8

9

10 Dated:  July 18, 2017                    PHILLIP A. TALBERT
                                           United States Attorney
11                                          DEBORAH LEE STACHEL
                                           Regional Chief Counsel, Region IX
12                                          Social Security Administration

13

14                              By      */s/  Tina L. Naicker*_____
                                           TINA L. NAICKER
15                                          Special Assistant U.S. Attorney
                                           Attorneys for Defendant
16

17                                      **ORDER**

18        Based  upon  the  stipulation  of  the  parties,  and  for  cause  shown,  IT  IS  HEREBY

19 ORDERED, that Defendant shall have a fourteen-day extension of time, to and including **August**

20 **7, 2017**, in which to file a response Plaintiff's Motion for Summary Judgment; and that all other

21 deadlines set forth in the Court's Scheduling Order shall be extended accordingly.

22

23 IT IS SO ORDERED.

24
   Dated:   **July 19, 2017**                   */s/ Barbara A. McAuliffe*____
25                                               UNITED STATES MAGISTRATE JUDGE

26

27

28