PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
TINA L. NAICKER, CSBN 252766
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (415) 268-5611
Facsimile: (415) 744-0134
E-Mail: Tina.Naicker@SSA.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| NICK ANGELO SPALLIERO,<br><br>Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>Defendant. | Case No.: 1:16-CV-01387-BAM<br><br>**JOINT STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |

IT IS HEREBY STIPULATED, by the parties, through their respective counsel of record, that the time for responding to Plaintiff's Motion for Summary Judgment be extended for approximately one week from August 7, 2017 to **August 14, 2017**. This is Defendant's third request for extension. Good cause exists to grant Defendant's request for extension. Additional time is required as counsel for Defendant (Counsel) is currently experiencing debilitating migraines, which impairs her vision. Counsel was also admitted into the emergency room over the weekend and could not work as she anticipated. Counsel for Defendant apologizes for the belated request for extension, but did not anticipate seeking additional time due to her debilitating migraines and subsequent hospital admission. Defendant respectfully requests

1

additional time in order to adequately assess and respond to Plaintiff's Motion.  Defendant makes this request in good faith with no intention to unduly delay the proceedings.  The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

|  |  |
|---|---|
| Dated:  August 7, 2017 | Respectfully submitted,<br>/s/ *Cyrus Safa<br>(*as authorized by email on August 7, 2017)<br>CYRUS SAFA<br>Attorney for Plaintiff |
| Dated:  August 7, 2017 | PHILLIP A. TALBERT<br>United States Attorney<br>DEBORAH LEE STACHEL<br>Regional Chief Counsel, Region IX<br>Social Security Administration<br>By    /s/  Tina L. Naicker<br>TINA L. NAICKER<br>Special Assistant U.S. Attorney<br>Attorneys for Defendant |

.

## **ORDER**

Based upon the stipulation of the parties, and for cause shown, IT IS HEREBY ORDERED, that Defendant shall have an additional seven-day extension of time, to and including **August 14, 2017**, in which to file a response to Plaintiff's Motion for Summary Judgment; and that all other deadlines set forth in the Court's Scheduling Order shall be extended accordingly.

IT IS SO ORDERED.

Dated:   **August 8, 2017**              /s/ *Barbara A. McAuliffe*          
                                                            UNITED STATES MAGISTRATE JUDGE