# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

| | |
|---|---|
| NICK ANGELO SPALLIERO,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Case No.: 1:16-CV-01387-BAM<br><br>**ORDER GRANTING DEFENDANT'S MOTION FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S OPENING BRIEF NUNC PRO TUNC**<br><br>(ECF No. 24) |

On August 14, 2017, Defendant filed a motion seeking a two-day extension of time from August 14, 2017, to August 16, 2017, to respond to Plaintiff's Opening Brief in this action. Counsel explains that additional time is necessary due to unexpected medical leave and related medical issues. (ECF No. 24.) On August 15, 2017, during pendency of the motion, Defendant filed her opposition brief. (ECF No. 25.)

For good cause appearing, IT IS HEREBY ORDERED that the Motion for Extension of Time for Defendant to Respond to Plaintiff's Opening Brief is GRANTED NUNC PRO TUNC. Plaintiff will not be prejudiced by the brief one-day delay, and all other briefing deadlines shall be extended accordingly.

IT IS SO ORDERED.

Dated: __**August 16, 2017**__　　　　　　　　/s/ *Barbara A. McAuliffe*
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE